Order of Mandamus against RAY F. FOWLER, as District Attorney of Monroe County.— Order affirmed, with costs. All concur.

In the Matter of the Application of LAURA L. SCHY for a Peremptory Order of Mandamus against RAY F. FOWLER, as District Attorney of Monroe County.— Order affirmed, with costs. All concur.

HYMAN PRATTER, Respondent, v. J. LEON LASCOFF and Others, Constituting the New York State Board of Pharmacy, Appellants.— Judgment affirmed, with costs, on the authority of *Liggett Co.* v. *Baldridge* (278 U. S. 105), by which decision we feel bound, inasmuch as we find no facts or circumstances of substance differentiating the two cases. All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law and for dismissal of the complaint upon the reasoning contained in the opinion of Lewis, J., in *Hauges* v. *Lascoff* (140 Misc. 811). [140 Misc. 211.]

JOHN J. K. CASKIE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $55,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party, upon the ground that the finding of the jury to the effect that the first alleged cause of action was not barred by the Statute of Limitations is against the weight of the evidence, and the amount alleged in the complaint as the value of the services for which recovery is sought under the first cause of action is $25,000. All concur.

JOHN J. K. CASKIE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.*— Order affirmed, with costs. All concur.

MARGARET JOSEPHINE ADAMS, an Infant, etc., Respondent, v. NORMAN GALLIPEAU, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. All concur.

LEONA THOMAS, an Infant, etc., Respondent, v. NORMAN GALLIPEAU, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. All concur.

JERSEY SHORE TRUST COMPANY, Appellant, v. JAMES O. SEBRING, Respondent. — Judgment affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and facts on the ground that there was error in directing a verdict for the defendant before ruling on the plaintiff's motion for the direction of a verdict in his favor, and on the further ground that the directed verdict, in so far as it finds that the trade acceptance was paid by Wentz and became the property of Wentz, was against the weight of the evidence.

In the Matter of the Estate of PATIENCE WEBSTER.— Decree modified by providing that the denial of relief is without prejudice to a further application to show an existing necessity, and as so modified, affirmed, without costs of this appeal to either party. All concur.

NICHOLAS DINARDO, Respondent, v. PATSY MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. (See *Green* v. *Hudson River R. R. Co.*, 28 Barb. 9; *Fowlie* v. *First Minneapolis Trust Co.*, 237 N. W. 846; *Indianapolis & Martinsville Rapid Transit Co.* v. *Reeder*, 42 Ind. App. 520; *Meese* v. *City of Fond du Lac*, 48 Wis. 323.) All concur.

* Revd., 261 N. Y. 47.